Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  Mary L Dixon Ford
Debtor

                                          Case No.: 09−32052−DHS
                                          Chapter 13

Mary L Dixon Ford
Plaintiff

v.

US Bank National Association as Trustee for CMLTI
2007−10
Defendant

Adv. Proc. No. 10−01772−DHS                     Judge: Donald H. Steckroth

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on April 21, 2011, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 28 − 20
Opinion (related document:[20] Motion to Compel Deposition filed by Defendant Weichert Realtors, Defendant Weichert Financial Services, LLC).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 4/20/2011 (zlh)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 21, 2011
JJW: zlh

                                                                              James J. Waldron
                                                                              Clerk