UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>**MARY L. DIXON-FORD,**<br><br>Debtor. | Case No.:   09-32052  (DHS)<br><br>Adv. No.:   10-01772  (DHS)<br><br>Judge:   Hon. Donald H. Steckroth |
| **MARY L. DIXON-FORD,**<br><br>Plaintiff,<br><br>v.<br><br>**US BANK NATIONAL ASSOCIATION, ETC., ET AL.,**<br><br>Defendants. |  |

## ORDER

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

*April 20, 2011*

/s/ D. Steckroth

**Page 2**

| | |
|---|---|
| Debtor: | Mary L. Dixon-Ford |
| Case No.: | 09-32052  (Adv. Pro. 10-01772  DHS) |
| Caption of Order: | **Order** |

This matter having been opened to the Court upon motion of Defendants Weichert Co., d/b/a Weichert, Realtors ("Weichert") and Mortgage Access Corp. d/b/a Weichert Financial Services ("WFS") (collectively, "Defendants") to compel the deposition of John A. Elder, III, a federal employee of the United States' Social Security Administration ("SSA"), a non-party to this adversary proceeding that opposes the Defendants' motion, and the Court having reviewed the pleadings and opposition to the motion filed in this matter and having heard the arguments of counsel, and for the reasons set forth in the Court's Letter Opinion of April 20, 2011, and for good cause shown, it is

ORDERED that the Defendants' motion to compel the deposition of John A. Elder, III be and the same is hereby denied with prejudice.

......