Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Mary L Dixon Ford
Debtor

                                    Case No.: 09−32052−DHS
                                    Chapter 13

Mary L Dixon Ford
Plaintiff

v.

US Bank National Association as Trustee for CMLTI
2007−10
Defendant

Adv. Proc. No. 10−01772−DHS                        Judge: Donald H. Steckroth

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on April 21, 2011, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 29 − 20
Order Denying Motion To Compel (Related Doc # [20]). The following parties were served: Plaintiff, Plaintiff 's Attorney, Defendant, Defendant 's Attorney. Signed on 4/20/2011. (zlh)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 21, 2011
JJW: zlh

                                                                          James J. Waldron
                                                                           Clerk